



★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-11-00750-CV

**IN RE SPECIALTY RENTAL TOOLS & SUPPLY, LP**
and **Coy Frank KUYKENDALL, Jr.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  January 4, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On October 14, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and the response and the reply of the parties and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CVE-000175D2, styled *Veronica Reyes, Individually, and As Personal Representative of the Estate of David Reyes, Deceased, and As Next Friend of Candy Reyes, et al.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Monica Z. Notzon presiding.